IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO: 4:07CR28-DPJ-JCS-001

ALICIA N. RHODES

ORDER OF DISMISSAL AS TO COUNTS 1 AND 3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 and 3 of this Indictment against ALICIA N. RHODES, without prejudice, as the defendant pled guilty to and has been sentenced in Count 2 of the Indictment.

DUNN LAMPTON
United States Attorney

By:  s/ *Jerry L. Rushing*
JERRY L. RUSHING
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal as to Counts 1 and 3 only of this Indictment.

**SO ORDERED AND ADJUDGED** this the 15th day of April, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE